**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Judy Coward v. H.E.B., Inc.

Appellate case number:   01-13-00773-CV

Trial court case number: 2011-24693

Trial court:             295th Judicial District Court of Harris County

On March 25, 2014, HEB Grocery Company LP filed a Motion for Leave to File a Surreply to Appellee's Reply Brief. The motion is granted and the brief is considered timely filed as of March 25, 2014.

It is so ORDERED.


Judge's signature: _/s/ Harvey Brown_____
                    ☑Acting individually    ☐ Acting for the Court


Date: June 16, 2014_____